CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**DEC 1 9 2019**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |
| D | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

TRAVIS WAYNE TOLLEY _____     10646256 _____
Plaintiff full name                                 Inmate No.

v.                       CIVIL ACTION NO. 719CV00863 _____

12 DEFENDANTS "SEE ATTACHED" _____
Defendant(s) full name(s)

_____

*******************************************************************************

A. Current facility and address: ALBEMARLE - CHARLOTTESVILLE REGIONAL JAIL

160 Peregory Lane, Charlottesville, VA 22902

B. Where did this action take place? ROCKBRIDGE COUNTY, VA

C. Have you begun an action in state or federal court dealing with the same
facts involved in this complaint?

_____ Yes      ✓ No

If your answer to A is Yes, answer the following:

     1. Court: _____

     2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes      _____ No

1. If your answer is Yes, indicate the result:

Made serval document complaints to local and
State officials

_____

2. If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

"SEE ATTACHED"

_____

_____

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

"SEE ATTACHED"

_____

_____

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$ 3,325,000.00  in compensation and punitive damages

G.  If this case goes to trial do you request a trial by jury?   Yes  ✓   No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: **DECEMBER 1, 2019**  SIGNATURE: _Travis W. Tolley_____

VERIFICATION:
I, __TRAVIS WAYNE TOLLEY__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: **DECEMBER 1, 2019**   SIGNATURE: _Travis W. Tolley_____

DEFENDANTS "ATTACHED FORM"    TRAVIS WAYNE TOLLEY V. 12 DEFENDANTS

1. DEFENDANT,

ROCKBRIDGE REGIONAL DRUG TASK FORCE

√ INDIVIDUAL CAPACITY          √ OFFICIAL CAPACITY

258 Greenhouse Road, Lexington VA 24450


2. DEFENDANT,

BEN CALDWELL – ROCKBRIDGE REGIONAL DRUG TASK FORCE MEMBER

√ INDIVIDUAL CAPACITY          √ OFFICIAL CAPACITY

258 Greenhouse Road, Lexington VA 24450


3. DEFENDANT,

A.W. BUZZARD – ROCKBRIDGE REGIONAL DRUG TASK FORCE MEMBER

√ INDIVIDUAL CAPACITY          √ OFFICIAL CAPACITY

258 Greenhouse Road, Lexington VA 24450


4. DEFENDANT,

GREG GARDNER – LEXINGTON POLICEMAN AND FORMER
ROCKBRIDGE REGIONAL DRUG TASK FORCE MEMBER

√ INDIVIDUAL CAPACITY          √ OFFICIAL CAPACITY

11 Fuller Street, Lexington VA 24450


5. DEFENDANT,

PHILLIP FLINT – ROCKBRIDGE REGIONAL DRUG TASK FORCE MEMBER

√ INDIVIDUAL CAPACITY          √ OFFICIAL CAPACITY

258 Greenhouse Road, Lexington VA 24450

DEFENDANTS "ATTACHED FORM" CONT

6. DEFENDANT,

   ANDY FISHER - STATE POLICE INVESTIGATOR

   √ INDIVIDUAL CAPACITY    √ OFFICIAL CAPACITY

   258 Greenhouse Road, Lexington VA 24450

7. DEFENDANT,

   ROBYN WILHELM - ROCKBRIDGE COUNTY MAGISTRATE

   √ INDIVIDUAL CAPACITY    √ OFFICIAL CAPACITY

   258 Greenhouse Road, Lexington VA 24450

8. DEFENDANT,

   SAM ROMAN - LEXINGTON POLICE CHIEF

   √ INDIVIDUAL CAPACITY    √ OFFICIAL CAPACITY

   11 Fuller Street, Lexington VA 24450

9. DEFENDANT,

   TROY WYMER - ROCKBRIDGE SHERIFF OFFICE DEPUTY

   √ INDIVIDUAL CAPACITY    √ OFFICIAL CAPACITY

   258 Greenhouse Road, Lexington VA 24450

10. DEFENDANT

   COUNTY OF ROCKBRIDGE, VIRGINIA

   √ INDIVIDUAL CAPACITY    √ OFFICIAL CAPACITY

   150 South Main Street, Lexington VA 24450

11. DEFENDANT

CITY OF LEXINGTON, VIRGINIA

✓ INDIVIDUAL CAPACITY     ✓ OFFICIAL CAPACITY

14 East Nelson Street, Lexington, VA 24450


12. DEFENDANT

CITY OF BUENA VISTA, VIRGINIA

✓ INDIVIDUAL CAPACITY    ✓ OFFICIAL CAPACITY

65 East Midland Trail, Lexington, VA 24450

42 USC 1983 COMPLAINT SECTION E: DESCRIPTION

1. JANUARY 8, 2018
   DEFENDANT A.W. BUZZARD
   is the sole affiant of a "BARE BONES" affidavit to obtain a search
   warrant on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON VA 24450 PROPERTY

2. JANUARY 8, 2018
   DEFENDANT ROBYN WILHELM
   is the sole magistrate signing if effect a search warrant on a
   "BARE BONES" affidavit on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON,
   VA 24450 PROPERTY

3. JANUARY 10, 2018
   DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,
   A.W. BUZZARD, GREG GARDNER, PHILLIP FLINT,
   execute an "ALL PERSON PRESENT" search warrant on the plaintiffs:
   491 BIG SPRING DRIVE, LEXINGTON, VA 24450 PROPERTY. The search warrant
   only specified the search of: THE RESIDENCE, VEHICLES, AND OUT BUILDINGS ON CURTILIDGE

4. JANUARY 10, 2018
   DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,
   A.W. BUZZARD, GREG GARDNER, PHILLIP FLINT,
   execute an "ALL PERSON PRESENT" search warrant on the plaintiffs
   rental tenants at: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 PROPERTY

5. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, AND BEN CALDWELL
fails to secure the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA
24450 PROPERTY AND RESIDENCE after escorting the plaintiff to
the ROCKBRIDGE REGIONAL JAIL allowing the plaintiffs residence to be
damaged and robbed before the plaintiff posted bond.


6. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE AND BEN CALDWELL
forced the plaintiff to ride in the K-9 transport van. A vehicle not
normally used to transport individuals charged with a crime.
Although there were several police cruisers and transport vehicles
at the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 PROPERTY
after pleading to DEFENDANT BEN CALDWELL by the plaintiff
explaining the plaintiffs extreme fear of dogs. The plaintiff was
forced to ride in the K-9 transport van with an out of control
K-9 barking, growling and biting at the plaintiff through a
thin clear glass. The defendant was forced to ride with the K-9 for
indimidation purposes by the DEFENDANT BEN CALDWELL.


7. JANUARY 10, 2018

DEFENDANT BEN CALDWELL, A.W. BUZZARD, GREG GARDNER, AND PHILLIP FLINT,
confiscate "SURVEILLENCE EQUIPTMENT" of the plaintiffs, items outside the
scope of the search warrant at: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450

8. JANUARY 10, 2018

DEFENDANT GREG GARDNER

confiscates the plaintiffs 'JVC TAPE RECORDER' rolling live feed
during the search of the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON,
VA 24450 RESIDENCE, an item outside the "scope of the search
warrant". Upon finding the plaintiffs' JVC TAPE RECORDER' mounted
to the plaintiffs interior wall, DEFENDANT GREG GARDNER:
chuckles, states his name and occupation, time and date, into the
live rolling 'JVC TAPE RECORDER' turns off the 'JVC TAPE RECORDER'
and seizes the 'JVC TAPE RECORDER' into evidence against the plaintiff.


9. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,
PHILLIP FLINT, A.W. BUZZARD, GREG GARDNER,
during the search of the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON,
VA 24450 RESIDENCE the above mentioned DEFENDANTS pull the wires
out the back of four security cameras located on the exterior of
the plaintiffs residence.

10. JANUARY 2018

DEFENDANTS ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, arrive at the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 RESIDENCE approximately two days after the plaintiff posted bond from the plaintiffs arrest as a result from the JANUARY 10, 2018 search warrant.

DEFENDANTS ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, return to the plaintiff, the plaintiffs illegally seized 'JVC TAPE RECORDER'. For approximately two weeks the above mentioned DEFENDANTS listen to all the files on the plaintiffs 'JVC TAPE RECORDER' files included but not limited to: PRIVATE CONVERSATIONS, MEMORABLE MOMENTS, AND RECORDED SEXUAL ENCOUNTERS WITH THE PLAINTIFFS THEN GIRLFRIEND— SHEENA WOODWARD MAYS. It should be noted DEFENDANT GREG GARDNER gets removed from the ROCKBRIDGE REGIONAL DRUG TASK FORCE for "SEXTING" with the plaintiffs girlfriend: SHEENA WOODWARD MAYS, the genesis of the "SEXUAL MISCONDUCT" started by illegally confiscating and listening to the plaintiffs 'JVC TAPE RECORDER' and listening to the plaintiffs 'SEXUAL ENCOUNTERS' with: SHEENA WOODWARD MAYS. It should also be noted the search warrant on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 RESIDENCE that was recorded on the plaintiffs 'JVC TAPE RECORDER' and the DEFENDANT GREG GARDNER'S acclimation of confiscation was switched to "LOCK MODE" by the hands of the DEFENDANTS so it could not be erased, proving the DEFENDANTS "thumbed" through the files on the plaintiffs 'JVC TAPE RECORDER' before returning it to the plaintiff.

11. JANUARY 2018

DEFENDANTS ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, at the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 RESIDENCE approximately two days after the plaintiff was released on bond from the plaintiffs JANUARY 10, 2018 arrest, the above mentioned defendants try to convince the plaintiff to violate the terms of the plaintiffs "SUPERVISED PROBATION AGREEMENT" which forbids the plaintiff to make "CONTROL BUYS" on supervised probation, but the DEFENDANTS try to convince the plaintiff to make a "CONTROL BUY" to work off the plaintiffs JANUARY 10, 2018 charge. DEFENDANT A.W. BUZZARD goes tells the plaintiff, "The new judge (ANITA FILSON) allows individuals on supervised probation to make 'CONTROL BUYS' on supervised probation". DEFENDANT A.W. BUZZARD goes on to say to the plaintiff, "[THE PLAINTIFF] can use drugs during control buys" stating, "there are ways around it."


12. JANUARY 2018

DEFENDANT ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, at the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 RESIDENCE approximately two days after the plaintiffs release on bond from the plaintiffs JANUARY 10, 2018 arrest, the above mentioned DEFENDANTS refuse to investigate or place a report on file at the ROCKBRIDGE SHERIFF'S OFFICE a break in and robbery that the plaintiff wanted to report on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 RESIDENCE, while the plaintiff was incarcerated on JANUARY 10, 2018. The DEFENDANTS tell the plaintiff, "choose a better group of friends".

13. MARCH 1, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL, AND GREG GARDNER,

while executing a search warrant on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 PROPERTY find the plaintiff naked in the shower. DEFENDANT GREG GARDNER refuses to let the plaintiff dress himself. DEFENDANT GREG GARDNER kneels down eye level with the plaintiffs penis beside DEFENDANT BEN CALDWELL, while the plaintiff is completely naked in handcuffs standing in the plaintiffs living room, and DEFENDANT GREG GARDNER proceeds to put a pair of shorts on the plaintiff, not letting the plaintiff dress himself, while participating in "SEXUAL MISCONDUCT" with the plaintiffs girlfriend: SHEENA WOODWARD MAYS, unknown to the plaintiff at that time.

14. MARCH 1, 2018

DEFENDANT BEN CALDWELL AND A.W. BUZZARD,

During a search warrant of the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 PROPERTY, DEFENDANT BEN CALDWELL AND A.W. BUZZARD, plant "ONE SYRINGE" on the curtilidge of the plaintiffs property, using the "PLANTED SYRINGE" as a barginning tool to try to get the plaintiff to snitch. DEFENDANT BEN CALDWELL AND A.W. BUZZARD confiscate the "PLANTED SYRINGE" write it on the "search warrant inventory list" but does not charge the plaintiff.

15.  MARCH 1, 2018

DEFENDANT A.W. BUZZARD  AND BEN CALDWELL,

while executing a search warrant on the plaintiffs : 491 BIG SPRING DRIVE,

LEXINGTON, VA  24450 RESIDENCE, DEFENDANT BEN CALDWELL starts to complain

about bible verses the plaintiff has copied on the plaintiffs doorways -

specifically : DEUTERONOMY 6:4-9 and bible verses PSALMS 143:2 and PSALMS 23,

copied on the plaintiffs "BIG BROWN CANVAS" on the plaintiffs interior wall

that was constructed to organize and store the plaintiffs evidence for

the plaintiffs JANUARY 10, 2018 criminal charge. DEFENDANT BEN CALDWELL,

hollers at the plaintiff who is detained in handcuffs, " You aint no

preacher boy", then demands the plaintiff to recite PSALMS 23. When

the plaintiff complies DEFENDANT BEN CALDWELL hollers "[THE PLAINTIFF] You

make me sick" then walks off. DEFENDANT A.W. BUZZARD states calmly

to the plaintiff, "[THE PLAINTIFF] Your not a christian because you are a

drug addict", then states "[THE DEFENDANT] I'm worthy to stand in front

of my GOD," then states "[THE PLAINTIFF] Your not worthy to stand

in front of my GOD." Upon finishing the search of the plaintiffs

residence, DEFENDANT A.W. BUZZARD releases the plaintiff from custody

and the plaintiff finds his " BIBLE DVD" with a picture of JESUS on the

front cover crucified in black duct tape to the plaintiffs interior wall.

A horrific and intimidating act by law-enforcement officials.

16. MARCH 1, 2018

DEFENDANT A.W. BUZZARD AND BEN CALDWELL,

while executing a search warrant on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450 RESIDENCE, DEFENDANT A.W. BUZZARD AND BEN CALDWELL, take the plaintiffs IPHONE while the plaintiff is detained in hand cuffs the DEFENDANTS demand the plaintiff to explain to the DEFENDANTS why SHEENA WOODWARD MAYS is calling the plaintiff, the DEFENDANT A.W. BUZZARD AND BEN CALDWELL repeatedly try to break into the plaintiffs IPHONE infront of the plaintiff. The search warrant did not authorize search or seizure of plaintiffs IPHONE.

17. MARCH 1, 2018

DEFENDANT A.W. BUZZARD,

while executing a search warrant on the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON VA 24450 RESIDENCE, DEFENDANT A.W. BUZZARD takes a picture of a "BIG BROWN CANVAS" mounted on the plaintiffs interior wall, the "BIG BROWN CANVAS" is the plaintiffs evidence for the plaintiffs JANUARY 10, 2018 criminal charge. In a mad rage DEFENDANT A.W. BUZZARD proceeds to rip the "BIG BROWN CANVAS" off the wall into several pieces in front of the plaintiff who is still in handcuffs. The plaintiff notifies his attorney who then contacts and makes a complaint with former ROCKBRIDGE COMMONWEALTH ATTORNEY CHRIS BILLIAS

18. MARCH 1, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE,
upon leaving the plaintiffs : 491 BIG SPRING DRIVE, LEXINGTON, VA
24450 PROPERTY, the DEFENDANT does not arrest the plaintiff.
The plaintiff finds a .223 caliber bullet on the outside deck floor
of the plaintiffs side entry porch/deck. The .223 caliber bullet
was facing towards the entry way of the plaintiffs side door.

19.   JUNE 2018

DEFENDANT BEN CALDWELL AND TROY WYMER,
enter the plaintiffs: 491 BIG SPRING DRIVE, LEXINGTON, VA 24450
RESIDENCE without a search warrant, premission, or ~~authorization~~
authorization. Apparently one of the plaintiffs rental tenant had an
open warrant for a probation violation. The subject was
apprehended outside of the plaintiffs residence. There was no reason
for either DEFENDANTS to enter the plaintiffs residence. While entering
the residence DEFENDANT BEN CALDWELL makes the comment,
" [THE PLAINTIFF] is high somewhere in the house hiding with his
little dick in his hand," presumably a comment refrencing the
MARCH 1, 2018 incident when DEFENDANT BEN CALDWELL refused to
let the plaintiff dress himself. DEFENDANT BEN CALDWELL made this
comment to two of the plaintiffs rental tenants present on the
plaintiffs property at that time. The plaintiff was hiding on the
curtilidge of the plaintiffs property and visually witnessed DEFENDANT
BEN CALDWELL AND TROY WYMER enter the plaintiffs residence. While
inside the plaintiffs residence DEFENDANT BEN CALDWELL forced one of
the plaintiffs rental tenants to walk room to room with the DEFENDANT
hollering the plaintiffs name for the DEFENDANT. It should be noted
out of ~~several~~ numerous law-enforcement officers on the plaintiffs
property, DEFENDANTS BEN CALDWELL AND TROY WYMER were the only
two who entered the residence, and the plaintiff did not have any open
warrants at that time.

20.   JULY 5, 2018

DEFENDANT GREG GARDNER,

for participating as lead investigator in "DIRTY BUST" against the plaintiff involving: a confidential informant - CI, MICHAEL TAYLOR, SHEENA WOODWARD MAYS, ~~and others~~ and allegedly the plaintiff. Using a CI that is known for lying to law-enforcement. Allowing the CI ~~false~~ to use alleged drugs on police issued surviellance. Allowing the CI to use alleged drugs on "PRE-TRIAL PROBATION" with the ROCKBRIDGE CIRCUIT COURT bond requirement for the CI. Allowing the CI to use alleged drugs sitting in the drivers seat and allowing the CI to drive away after smoking alleged drugs. Allowing the CI to break several Virginia laws to hopefully / possibly enforce one on the plaintiff.

21.   JULY 5, 2018  -  NOVEMBER 2018

DEFENDANT GREG GARDNER

manipulated the ROCKBRIDGE JUSTICE SYSTEM against the plaintiff, by allowing the plaintiffs girlfriend : SHEENA WOODWARD MAYS to stay out of jail so the "SEXUAL MISCONDUCT" between DEFENDANT GREG GARDNER and the plaintiffs girlfriend : SHEENA WOODWARD MAYS can continue. DEFENDANT GREG GARDNER participated in "SEXTING" the plaintiffs girlfriend : SHEENA WOODWARD MAYS while investigating and criminally charging the plaintiff.

22. JULY 5, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE

for not have a protocol of rules that prohibits ROCKBRIDGE

REGIONAL DRUG TASK FORCE MEMBERS to participate in

"SEXUAL MISCONDUCT" with individuals they are investigating for suspected

crimes and/or the girlfriend or spouse of individuals the

DEFENDANT is investigating for suspected crimes in this case

the plaintiffs girlfriend : SHEENA WOODWARD MAYS


23. JULY 19, 2018

DEFENDANT A.W. BUZZARD

Sits postioned at the bottom of the plaintiffs : 491 BIG SPRING

DRIVE, LEXINGTON, VA 24450 PROPERTY pulling over and harrasing

the plaintiffs tenants, when the plaintiffs tenants pull out the

plaintiffs driveway. Plaintiff reports incident to ROCKBRIDGE SHERIFFS OFFICE.


24. SEPTEMBER 6, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE

enter the plaintiffs : 491 BIG SPRING DRIVE, LEXINGTON VA 24450

RESIDENCE to apprehend the plaintiff. DEFENDANT ROCKBRIDGE

REGIONAL DRUG TASK FORCE search the plaintiffs residence for over

a hour in front of three witnesses before GREG GARDNER leaves the

plaintiffs property to obtain a search warrant for the plaintiffs

residence, then returns.

25.   JULY 2018 — NOVEMBER 2018 to PRESENT

DEFENDANT SAM ROMAN - LEXINGTON POLICE CHIEF

has failed in his duty by "OVERLOOKING" GREG GARDNERS actions of

"SEXUAL MISCONDUCT" with the plaintiffs girlfriend : SHEENA WOODWARD

MAYS, while GREG GARDNER investigated and charged the

plaintiff with criminal charges, DEFENDANT SAM ROMAN allows

GREG GARDNER to stay on the LEXINGTON POLICE DEPARTMENT

with a history of questionable unethical acts and motives.


26.   JANUARY 2018 — NOVEMBER 2018 to PRESENT

DEFENDANT COUNTY OF ROCKBRIDGE, CITY OF LEXINGTON, CITY OF

BUENA VISTA, ALL THREE LISTED ARE IN THE STATE OF VIRGINIA

for allowing the ROCKBRIDGE REGIONAL DRUG TASK FORCE to disregard

the plaintiffs constitutional rights and not having a system to

"over see" or "monitor" actions of rogue law - enforcement officers

that have trampled the constitutional rights of the plaintiff

42 USC 1983 COMPLAINT   SECTION E: VIOLATION

1. JANUARY 8, 2018

DEFENDANT A.W. BUZZARD

UNITED STATES CONSTITUTION  4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00


2. JANUARY 8, 2018

DEFENDANT ROBYN WILHELM

UNITED STATES CONSTITUTION  4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 100,000.00


3. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,

A.W. BUZZARD, GREG GARDNER, PHILLIP FLINT

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00


4. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,

A.W. BUZZARD, GREG GARDNER, PHILLIPFLINT,

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

5. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE AND BEN CALDWELL

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 25,000.00

6. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE AND BEN CALDWELL

UNITED STATES CONSTITUTION 8TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 75,000.00

7. JANUARY 10, 2018

DEFENDANT BEN CALDWELL, A.W. BUZZARD, GREG GARDNER, AND PHILLIP FLINT,

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 100,000.00

8. JANUARY 10, 2018

DEFENDANT GREG GARDNER

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

9. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,
PHILLIP FLINT, A.W. BUZZARD, GREG GARDNER.

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 25,000.00

10. JANUARY 2018

DEFENDANT ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

11. JANUARY 2018

DEFENDANT ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER

UNITED STATES CONSTITUTION 5TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 25,000.00

12. JANUARY 2018

DEFENDANT ANDY FISHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER

UNITED STATES CONSTITUTION 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 25,000.00

13. MARCH 1, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL,

AND GREG GARDNER

UNITED STATES CONSTITUTION  4TH AND 8TH ~~AMEND~~ AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

14. MARCH 1, 2018

DEFENDANT BEN CALDWELL AND A.W. BUZZARD

UNITED STATES CONSTITUTION  4TH AND 5TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

15. MARCH 1, 2018

DEFENDANT A.W. BUZZARD AND BEN CALDWELL

UNITED STATES CONSTITUTION  1ST AND 8TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 75,000.00

16. MARCH 1, 2018

DEFENDANT A.W. BUZZARD AND BEN CALDWELL

UNITED STATES CONSTITUTION  4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 100,000.00

17. MARCH 1, 2018

DEFENDANT A.W. BUZZARD

UNITED STATES CONSTITUTION 4TH AND 5TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

18. MARCH 1, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE

UNITED STATES CONSTITUTION 8TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 75,000

19. JUNE 2018

DEFENDANT BEN CALDWELL AND TROY WYMER

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

20. JULY 5, 2018

DEFENDANT GREG GARDNER

UNITED STATES CONSTITUTION 5TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 75,000.00

21. JULY 5, 2018 – NOVEMBER 2018

DEFENDANT GREG GARDNER

UNITED STATES CONSTITUTION 5TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 75,000.00


22. JULY 5, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE

UNITED STATES CONSTITUTION 5TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 75,000.00


23. JULY 19, 2018

DEFENDANT A.W. BUZZARD

UNITED STATES CONSTITUTION 4TH AND 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00


24. SEPTEMBER 6, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE

UNITED STATES CONSTITUTION 4TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

25.  JULY 2018 - NOVEMBER 2018 to PRESENT

DEFENDANT  SAM ROMAN - LEXINGTON POLICE CHIEF

UNITED STATES  CONSTITUTION  5TH AND 14TH AMENDMENT  VIOLATION

AGAINST THE PLAINTIFF

$ 75,000.00


26.  JANUARY 2018 - NOVEMBER 2018 to PRESENT

DEFENDANT  COUNTY OF ROCKBRIDGE, VA, CITY OF LEXINGTON, VA,

CITY OF BUENA VISTA, VA

UNITED STATES CONSTITUTION  1ST, 4TH, 5TH, 8TH, 14TH AMENDMENT VIOLATION

AGAINST THE PLAINTIFF

$ 200,000.00

TRAVIS WAYNE TOLLEY   10646256
ALBEMARLE-CHARLOTTESVILLE REGION
160 PEREGORY LANE
CHARLOTTESVILLE, VA   22902

CLE
210
RO

AL JAIL



RK, UNITED STATES DISTRICT COURT

0 FRANKLIN ROAD, SW, SUITE 540

ANOKE, VA   24011 - 2208