CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 21 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

42 USC 1983 COMPLAINT    CIVIL ACTION CASE NO. = 7:19CV00863

1. JANUARY 8, 2018

   DEFENDANT A.W. BUZZARD is the sole affiant of a "BARE BONES" affidavit to obtain a search warrant on the plaintiffs property and residence in LEXINGTON, VIRGINIA

2. JANUARY 8, 2018

   DEFENDANT ROBYN WILHELM is the sole magistrate signing in effect a search warrant on a "BARE BONES" affidavit on the plaintiffs residence in LEXINGTON, VIRGINIA

3. JANUARY 10, 2018

   DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL, A.W. BUZZARD, GREG GARDNER, PHILLIP FLINT, execute an "ALL PERSON PRESENT" search warrant on the plaintiffs property and residence in LEXINGTON, VIRGINIA. The search warrant only specified the search of: THE RESIDENCE, VEHICLES, AND OUT BUILDINGS ON THE CURTILIDGE

4. JANUARY 10, 2018

   DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL, A.W. BUZZARD, GREG GARDNER, PHILLIP FLINT execute an "ALL PERSON PRESENT" search warrant on the plaintiffs rental tentants at the plaintiffs property and residence in LEXINGTON, VIRGINIA

5. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE AND BEN CALDWELL fails to secure the plaintiffs property and residence in LEXINGTON, VIRGINIA after escorting the plaintiff to the ROCKBRIDGE REGIONAL JAIL allowing the plaintiffs home to get damaged and robbed before the plaintiff posted bond.

6. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE AND BEN CALDWELL force the plaintiff to ride in the K-9 transport van. A vehicle not normally used to transport individuals charged with a crime. Although there were several police cruisers and transport vehicles at the plaintiffs property and residence in LEXINGTON, VIRGINIA, and after pleading with DEFENDANT BEN CALDWELL by the plaintiff explaning the plaintiffs extreme fear of dogs, the plaintiff was forced to ride in the K-9 transport van with an "out of control" K-9 barking, growling, and biting at the plaintiff through a clear thin glass the entire ride to the jail. The plaintiff was forced to ride with K-9 for intimidation purposes by the DEFENDANT BEN CALDWELL.

7. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL, PHILIP FLINT, A.W. BUZZARD, GREG GARDNER, confiscate "SURVEILLANCE EQUIPTMENT" of the plaintiffs, items outside the "scope of the search warrant" at the plaintiffs property and residence in LEXINGTON, VIRGINIA.

8. JANUARY 10, 2018

DEFENDANT GREG GARDNER

confiscates the plaintiffs 'JVC TAPE RECORDER' rolling live feed during the search of the plaintiffs property and residence in LEXINGTON, VIRGINIA, an item outside the "scope of the search warrant". Upon finding the plaintiffs 'JVC TAPE RECORDER' mounted to the plaintiffs interior wall, DEFENDANT GREG GARDNER : chuckles, states his name, his occupation, time, and date, into the live rolling 'JVC TAPE RECORDER' turns off the 'JVC TAPE RECORDER' and seizes the 'JVC TAPE RECORDER' into evidence against the plaintiff.

9. JANUARY 10, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL, PHILLIP FLINT, A.W. BUZZARD, GREG GARDNER

during the search of the plaintiffs property and residence in LEXINGTON, VIRGINIA the above mentioned DEFENDANTS pull the wires out the back of four security cameras located on the exterior of the plaintiffs residence in LEXINGTON, VIRGINIA.

10. JANUARY 2018

DEFENDANTS ANDY FISCHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, arrive at the plaintiffs residence in LEXINGTON, VIRGINIA, approximately two days after the plaintiff posted bond from the plaintiffs arrest as a result from the JANUARY 10, 2018 search warrant. DEFENDANTS ANDY FISCHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER return to the plaintiff, the plaintiffs illegally seized 'JVC TAPE RECORDER'. For approximately two weeks the above mentioned DEFENDANTS listen to all the files on the plaintiffs 'JVC TAPE RECORDER' files included but not limited to: PRIVATE CONVERSATIONS, MEMORABLE MOMENTS, AND RECORDED SEXUAL ENCOUNTERS WITH THE PLAINTIFFS THEN GIRLFRIEND SHEENA WOODWARD MAYS. It should be noted DEFENDANT GREG GARDNER gets removed from the ROCKBRIDGE REGIONAL DRUG TASK FORCE for "sexting" with the plaintiffs girlfriend: SHEENA WOODWARD MAYS, the genesis of the "SEXUAL MISCONDUCT" started by illegally confiscating and listening to the plaintiffs 'JVC TAPE RECORDER' and listening to the plaintiffs 'SEXUAL ENCOUNTER' with: SHEENA WOODWARD MAYS. It should also be noted the search warrant on the plaintiffs residence and property in LEXINGTON, VIRGINIA that was recorded on the plaintiffs 'JVC TAPE RECORDER' and the DEFENDANT GREG GARDNERS acclumation of confiscation was switched to "LOCK MODE" by the hands of the DEFENDANTS so it could not be erased, proving the DEFENDANTS "thumbed" through the recorded files on the plaintiffs 'JVC TAPE RECORDER' before returning it to the plaintiff.

11. JANUARY 2018

DEFENDANTS ANDY FISCHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, at the plaintiffs residence in LEXINGTON, VIRGINIA approximately two days after the plaintiff was released on bond from the plaintiffs JANUARY 10, 2018 arrest, the above mentioned DEFENDANTS try to convince the plaintiff to violate the terms of the plaintiffs "SUPERVISED PROBATION AGREEMENT" which forbids the plaintiff to make "CONTROL BUYS" on supervised probation, but the DEFENDANTS try to convince the plaintiff to make a "CONTROL BUY" to "work off" the plaintiffs JANUARY 10, 2018 charge. DEFENDANT A.W. BUZZARD tells the plaintiff, "The new judge (ANITA FILSON) allows individuals on supervised probation to make 'CONTROL BUYS' on supervised probation." DEFENDANT A.W. BUZZARD goes on to say to the plaintiff, "[THE PLAINTIFF] can use drugs during 'CONTROL BUYS' stating, "there are ways around it."

12. JANUARY 2018

DEFENDANT ANDY FISCHER, A.W. BUZZARD, PHILLIP FLINT, AND GREG GARDNER, at the plaintiffs residence in LEXINGTON, VIRGINIA approximately two days after the plaintiffs release on bond from the plaintiffs JANUARY 10, 2018 arrest, the above mentioned DEFENDANTS refuse to investigate or place a report on file at the ROCKBRIDGE SHERIFFS OFFICE a break-in and robbery that the plaintiff wanted to report on the plaintiffs residence and property in LEXINGTON, VIRGINIA, while the plaintiff was incarcerated on JANUARY 10, 2018. The DEFENDANTS tell the plaintiff, "choose a better group of friends."

13. MARCH 1, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, BEN CALDWELL, AND GREG GARDNER,

while executing a search warrant on the plaintiffs property and residence in LEXINGTON, VIRGINIA, find the plaintiff naked in the shower. DEFENDANT GREG GARDNER refuses to let the plaintiff dress himself. DEFENDANT GREG GARDNER kneels down eye level with the plaintiffs penis beside DEFENDANT BEN CALDWELL while the plaintiff is completely naked in handcuffs standing in the plaintiffs living room, and DEFENDANT GREG GARDNER proceeds to put a pair of shorts on the plaintiff, not letting the plaintiff dress himself, while participating in "SEXUAL MISCONDUCT" with the plaintiffs girlfriend: SHEENA WOODWARD MAYS, unknown to the plaintiff at that time.

14. MARCH 1, 2018

DEFENDANT BEN CALDWELL AND A.W. BUZZARD,

During a search warrant of the plaintiffs residence and property in LEXINGTON, VIRGINIA, DEFENDANT BEN CALDWELL AND A.W. BUZZARD, plant "ONE SYRINGE" as a barginning tool to try to get the plaintiff to snitch. DEFENDANT BEN CALDWELL AND A.W. BUZZARD confiscate the "PLANTED SYRINGE" write it on the "search warrant inventory list", but does not charge the plaintiff.

15. MARCH 1, 2018

DEFENDANT A.W. BUZZARD AND BEN CALDWELL, while executing a search warrant on the plaintiffs residence and property in LEXINGTON, VIRGINA, DEFENDANT BEN CALDWELL starts to complain about bible verses the plaintiff has copied on the plaintiffs doorways - specifically: DEUTERONOMY 6:4-9 and bible verses PSALMS 143:2 and PSALMS 23, copied on the plaintiffs "BIG BROWN CANVAS" on the plaintiffs interior wall that was constructed to organize and store the plaintiffs evidence for the plaintiffs JANUARY 10, 2018 criminal charge. DEFENDANT BEN CALDWELL, hollers at the plaintiff who is detained in handcuffs, "You aint no preacher boy". Then demands the plaintiff to recite PSALMS 23. When the plaintiff complies DEFENDANT BEN CALDWELL hollers "[THE PLAINTIFF] You make me sick", then walks away. DEFENDANT A.W. BUZZARD states calmly to the plaintiff, "[THE PLAINTIFF] Your not a christian because you are a drug addict," then states "[THE DEFENDANT] I'm worthy to stand in front of my GOD", then states "[THE PLAINTIFF] Your not worthy to stand in front of my GOD." Upon finishing the search of the plaintiffs residence and property, DEFENDANT A.W. BUZZARD releases the plaintiff from custody and the plaintiff finds his "BIBLE DVD" with a picture of JESUS on the front cover crucified in black duct tape to the plaintiffs interior wall. A horrific and intimidating act by law-enforcement officials.

16. MARCH 1, 2018

DEFENDANT A.W. BUZZARD AND BEN CALDWELL, while executing a search warrant on the plaintiffs residence and property in LEXINGTON, VIRGINIA, DEFENDANT A.W. BUZZARD AND BEN CALDWELL take the plaintiff's IPHONE while the plaintiff is detained in handcuffs the DEFENDANTS demand the plaintiff to explain to the DEFENDANTS why SHEENA WOODWARD MAYS is calling the plaintiff, the DEFENDANT A.W. BUZZARD AND BEN CALDWELL repeatedly try to break into the plaintiffs IPHONE infront of the plaintiff. The search warrant did not authorize search or seizure of the plaintiffs IPHONE.

17. MARCH 1, 2018

DEFENDANT A.W. BUZZARD, while executing a search warrant on the plaintiffs residence and property in LEXINGTON, VIRGINIA, DEFENDANT A.W. BUZZARD takes a picture of a "BIG BROWN CANVAS" mounted on the plaintiffs interior wall, the "BIG BROWN CANVAS" is the plaintiff's evidence for the plaintiffs JANUARY 10, 2018 criminal charge. In a mad rage DEFENDANT A.W. BUZZARD proceeds to rip the "BIG BROWN CANVAS" off the wall into several pieces in front of the plaintiff who is still in handcuffs. The plaintiff notifies his attorney who then contacts and makes a complaint with former ROCKBRIDGE COMMONWEALTH ATTORNEY CHRIS BILLIAS

18. MARCH 1, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, upon leaving the plaintiffs residence and property in LEXINGTON, VIRGINIA, the DEFENDANT does not arrest the plaintiff. The plaintiff finds a .223 caliber bullet on the outside deck floor of the plaintiffs side entry porch/deck. The .223 caliber bullet was facing towards the entry way of the plaintiffs side door.

19. JUNE 2018

DEFENDANT BEN CALDWELL AND TROY WYMER enter the plaintiffs residence in LEXINGTON, VIRGINIA, without a search warrant, premission, or authorization. Apparently one of the plaintiffs rental tenant had an open warrant for a probation violation. The subject was apprehended outside of the plaintiffs residence. There was no reason for either DEFENDANTS to enter the plaintiffs residence. While entering the residence DEFENDANT BEN CALDWELL makes the comment, "[THE PLAINTIFF] is high somewhere in the house hiding with his little dick in his hand." Presumably a comment refrencing the MARCH 1, 2018 incident when DEFENDANT BEN CALDWELL refused to let the plaintiff dress himself. DEFENDANT BEN CALDWELL made this comment to two of the plaintiffs rental tenants present on the plaintiffs property at that time. The plaintiff was hiding on the curtilidge of the plaintiffs property and visually witnessed DEFENDANT BEN CALDWELL AND TROY WYMER enter the plaintiffs residence. While inside the plaintiffs residence DEFENDANT BEN CALDWELL forced one of the plaintiffs rental tenants to walk room to room in the plaintiffs residence with DEFENDANT BEN CALDWELL hollering the plaintiffs name for DEFENDANT BEN CALDWELL. It should be noted out of numerous law-enforcement officers on the plaintiffs property, DEFENDANT BEN CALDWELL AND TROY WYMER were the only two who entered the residence and the plaintiff did not have an open warrant at that time.

20. JULY 5, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE, PHILLIP FLINT, AND GREG GARDNER, AND A.W. BUZZARD,

for participating and taking part in a "DIRTY BUST" against the plaintiff involving: CONFIDENTIAL SOURCE # 18-16080, MICHAEL TAYLOR, SHEENA WOODWARD MAYS, AND ALLEGEDLY THE PLAINTIFF. Using a CONFIDENTIAL SOURCE (CS), that is known for lying to law-enforcement. Allowing the CS to use alleged drugs on "PRE-TRIAL PROBATION" with the ROCKBRIDGE CIRCUIT COURT voiding the CS bond requirements. Allowing the CS to use alleged drugs sitting in the drivers seat and allowing the CS to drive away after smoking alleged drugs. Allowing the CS to break several laws to possibly enforce one on the plaintiff.

21. JULY 5, 2018 - NOVEMBER 2018

DEFENDANT GREG GARDNER

manipulated the ROCKBRIDGE JUSTICE SYSTEM against the plaintiff, by allowing the plaintiffs girlfriend: SHEENA WOODWARD MAYS to stay out of jail so the "SEXUAL MISCONDUCT" between DEFENDANT GREG GARDNER and the plaintiffs girlfriend: SHEENA WOODWARD MAYS can continue. DEFENDANT GREG GARDNER participated in "SEXTING" the plaintiffs girlfriend: SHEENA WOODWARD MAYS while investigating and criminally charging the plaintiff.

22. JULY 5, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK, for not having a protocol of rules that prohibits ROCKBRIDGE REGIONAL DRUG TASK FORCE MEMBERS to participate in "SEXUAL MISCONDUCT" with individuals they are investigating for suspected crimes and/or the girlfriend or spouse of individuals the DEFENDANT is investigating for suspected crimes. In this case the plaintiffs girlfriend: SHEENA WOODWARD MAYS

23. JULY 19, 2018

DEFENDANT A.W. BUZZARD sits postioned at the bottom of the plaintiffs property in LEXINGTON, VIRGINIA. Pulling over and harassing the plaintiffs rental tentants, when the plaintiffs rental tenants pull out of the plaintiffs driveway.

24. SEPTEMBER 6, 2018

DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE enter the plaintiffs residence in LEXINGTON, VIRGINIA, to apprehend the plaintiff. DEFENDANT ROCKBRIDGE REGIONAL DRUG TASK FORCE search the plaintiffs residence for over one hour in front of three witnesses, before GREG GARDNER leaves the plaintiffs property to obtain a search warrant for the plaintiffs residence, the returns.

25. JULY 2018 – NOVEMBER 2018 TO PRESENT

DEFENDANT LEXINGTON POLICE CHIEF SAM ROMAN has failed in his duty by "OVERLOOKING" GREG GARDNERS actions of "SEXUAL MISCONDUCT" with the plaintiffs girlfriend: SHEENA WOODWARD MAYS, while GREG GARDNER investigated and charged the plaintiff with criminal charges, DEFENDANT SAM ROMAN allows GREG GARDNER to stay on the LEXINGTON POLICE DEPARTMENT, with a history of questionable unethical acts and motives.

26. JANUARY 2018 – NOVEMBER 2018 TO PRESENT

DEFENDANT COUNTY OF ROCKBRIDGE, VIRGINIA, DEFENDANT CITY OF LEXINGTON, VIRGINIA, DEFENDANT CITY OF BUENA VISTA, VIRGINIA, for allowing the ROCKBRIDGE REGIONAL DRUG TASK FORCE, to disregard the plaintiffs constitutional rights and not having a system to "OVER SEE" or "MONITOR" actions of rogue law-enforcement officers that have trampled the constitutional rights of the plaintiff.

TRAVIS WAYNE TOLLEY #106462
ALBEMARLE-CHARLOTTESVILLE
REGIONAL JAIL
160 Peregory Lane
Charlottesville, VA 22902

CLER[K]
DISTR[ICT]
210
SW,
ROA[NOKE]

56

USA FOREVER

RICHMOND VA 232
THU 16 JAN 2020 AM

K, UNITED STATES
ICT COURT
FRANKLIN ROAD
SUITE 540
NOKE, VA 24011-2208