UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| TRAVIS WAYNE TOLLEY, | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No.:  7:19-cv-863 |
| | ) |
| BEN CALDWELL, et al, | ) |
| | ) |
| *Defendants* | ) |

# ORDER

This matter is before the court on the defendants' motion requesting an extension of time to file motions or a response to the Complaint.  For the reasons stated therein, it is now **ORDERED** that the defendants' Motion for Extension (Docket No. 27) is **GRANTED**, and the defendants shall file motions or a response to the Complaint or before **August 12, 2020.**

Entered: July 14, 2020

*[signature]*

_____
Judge