IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| TRAVIS WAYNE TOLLEY, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.:  7:19-cv-863 |
| ) | |
| BEN CALDWELL, et al., ) | |
| ) | |
| *Defendants* ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW, Michael A. Jagels, Senior Assistant Attorney General, an attorney admitted to practice in this Court, and appears in this case as counsel for Virginia State Police Trooper Ben Caldwell, a named defendant to this action.

Respectfully submitted,

By: _____/s/_____
Michael A. Jagels
Virginia Bar Number #38262
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
804-225-4878
804-225-3064 (f)
mjagels@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2020, I electronically filed an Appearance of Counsel with the Clerk of Court using the CM/ECF System, which will notify counsel of record. In addition, on the 10th day of August, 2020, I will mail by United States Postal Service the document to the to the following pro se plaintiff and non-CM/ECF participant:

Travis Wayne Tolley, #10646256
Albemarle-Charlottesville Regional Jail
160 Peregory Lane
Charlottesville VA  22902


By:  _____/s/_____
        Michael A. Jagels
        Senior Assistant Attorney General
        Virginia Bar Number 38262
        Office of the Virginia Attorney General
        202 North Ninth Street
        Richmond, Virginia 23219
        804-225-4878
        804-225-3064 (f)
        mjagels@oag.state.va.us