IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| TRAVIS WAYNE TOLLEY, | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.: 7:19-cv-863 |
| BEN CALDWELL, et al., | ) ) ) |
| *Defendants* | ) ) |

# ORDER

This matter is before the court on the defendant Caldwell's motion requesting an extension of time to file a motion and/or a response to the Complaint. For the reasons stated therein, it is now **ORDERED** that the defendants' Motion for Extension (Docket No. 39) is **GRANTED**, and the defendant shall file a motion and/or a response to the Complaint or before **September 17, 2020.**

Entered: August 11, 2020

/s/ Joel C. Hoppe
United States Magistrate Judge