UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| TRAVIS WAYNE TOLLEY, | ) | |
| *Plaintiff* | )<br>)<br>) | |
| v. | ) | Civil Action No.: 7:19-cv-863 |
| BEN CALDWELL, et al, | )<br>)<br>) | |
| *Defendants* | ) | |

# DEFENDANT WIMER'S
# MOTION FOR SUMMARY JUDGMENT

Defendant Troy Wimer, by counsel, moves for summary judgment as there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. Rule 56.

For the additional reasons set forth in his memorandum in support filed herewith, this Defendant respectfully requests that this Court grant him summary judgment and afford him any additional relief as the case may require.

TROY WIMER,

By Counsel

By: /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Flint & Wimer
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:     540/885-4537

email:  rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard H. Milnor, Esquire
Zunka, Milnor & Carter, Ltd.
414 Park Street
Charlottesville, VA   22902
*Counsel for Buzzard*

Julian F. Harf, Esquire
Jeremy E. Carroll, Esquire
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, VA   24153
*Counsel for Gardner*

Michael A. Jagels, Esquire
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, VA   23219
*Counsel for Caldwell*

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Travis Wayne Tolley, #10646256
Albemarle-Charlottesville Regional Jail
160 Peregory Lane
Charlottesville  VA  22902

    /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Flint & Wimer

2

TimberlakeSmith
Staunton, VA
540.885.1517

Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com