UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN ROAD RM 540
ROANOKE VA 24011

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUGUST 8, 2020

AUG 14 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

RE: Requesting an extension for civil action #:
7:19CV00863

DEAR CLERK OF COURT,

I hope this letter finds you well. I TRAVIS WAYNE TOLLEY received the notice pursuant to - DOCKET 33# "motion to dismiss" from defendant Greg Gardner. I respectfully request the UNITED STATES DISTRICT COURT to give me, a pro-se-plaintiff, an extension as I am in the process of retrieving further affidavits and relevant evidence I would like to include before summary judgement.

I am also in the process of amending the original complaint to properly file claims that were dismissed "without prejudice."

I hope the UNITED STATES DISTRICT COURT grants me the most reasonable extension the court sees fit on - DOCKET 33# "motion to dismiss" rebuttal, a chance to refile my initial complaint, and any other rebuttals

PG 1 of 2

I may be filing for any remaining defendants before summary judgement if and when that time comes assuming any other remaining defendants also submit "motions to dismiss" before summary judgement.

I ask the UNITED STATES DISTRICT COURT, to review my plea for an extension liberally as I am an incarcerated pro-se litigant currently. I am exploring avenues to possibly retain counsel for this case in the future but choose to remain "pro-se" at this time.

Please allow me the most time possible to retrieve affidavits, relevant evidence, and allow me to properly get my court affairs in order so fair justice may take place at summary judgement in civil action #: 7:19CV00863

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER

WITH WARM REGARDS,

*[signature]*

TRAVIS WAYNE TOLLEY
A PRO-SE INCARCERATED PLAINTIFF
ALBEMARLE-CHARLOTTESVILLE REGIONAL JAIL
160 PEREGORY LANE
CHARLOTTESVILLE VA 22902
SENT VIA MAIL ON: August 10, 2020

PG 2 of 2

TRAVIS WAYNE TOLLEY
160 PEREGORY LANE
CHARLOTTESVILLE, VA 22902

SENT: AUGUST 10, 2020

UNITED STATES DISTRICT COURT
CLERK OF COURT
210 FRANKLIN ROAD RM 540
ROANOKE VA 24011

RICHMOND VA 230
12 AUG 2020 PM 2    FOREVER USA
Barn Swallow

24011-000340