IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| TRAVIS WAYNE TOLLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:19-cv-00863-EKD-JCH |
| | ) |
| ALAN W. BUZZARD, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO DISMISS**

Defendant, Virginia State Police Special Agent Ben Caldwell, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss all claims because Plaintiff's Third Amended Complaint (ECF No. 69) fails to state a claim upon which relief may be granted. For the reasons set forth in the accompanying Memorandum in Support of Motion to Dismiss, Defendant respectfully requests that the Third Amended Complaint be dismissed.

Respectfully submitted,

BEN CALDWELL

By /s/ Calvin C. Brown
Michael A. Jagels (VSB No. 38262)
Senior Assistant Attorney General
Holli R. Wood (VSB No. 82560)
Calvin C. Brown (VSB No. 93192)
Assistant Attorneys General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4933 Telephone
(804) 371-2087 Facsimile
cbrown@oag.state.va.us
*Counsel for Ben Caldwell*

1

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                              /s/ Calvin C. Brown
                                      Calvin C. Brown (VSB No. 93192)
                                      Assistant Attorney General
                                      Office of the Virginia Attorney General
                                      202 North 9th Street
                                      Richmond, Virginia 23219
                                      (804) 786-4933 Telephone
                                      (804) 371-2087 Facsimile
                                      cbrown@oag.state.va.us
                                      *Counsel for Ben Caldwell*