# EXHIBIT 2

# CAPIAS

Commonwealth of Virginia    VA. CODE §§ 19.2-310.2:1, 19.2-310.3:1, RULE 3A:7

ROCKBRIDGE COUNTY CIRCUIT COURT .................. Circuit Court

**ACCUSED:**
TRAVIS WAYNE TOLLEY

491 BIG SPRINGS DR

LEXINGTON, VA 24450

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | ■ | ■ | ■ | | | | | |

SSN: ■■-■-■

**TO:** ROCKBRIDGE COUNTY SHERIFF'S OFFICE .......... or any other authorized officer:
DESIGNATION OF OFFICER

You are hereby commanded in the name of the Commonwealth to forthwith arrest the accused and to bring him/her before a judicial officer to answer the charge(s) listed below, which the accused is alleged to have committed as charged in a/an

[x] indictment dated .... SEPTEMBER 4, 2018
[ ] presentment dated ..........
[ ] information dated ..........

[ ] Pursuant to Va. Code § 19.2-130.1, the judge orders that the magistrate shall set the bail terms in accordance with the following, unless circumstances exist that require more restrictive terms:
..........
..........
..........
AND [ ] may [ ] may not set additional terms and conditions.

[ ] Information to consider in determining bail:

**CHARGES(s):**

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 163CR1800075400 | NAR-3045-F9 | 18.2-248(C) | CS18000754-00 |

Offense Date: 07/05/2018   Description: DISTRB/SELL FOR PROFT SCH I/II

| Offense Date: | Description: | | |
|---|---|---|---|
| Offense Date: | Description: | | |

[ ] Addendum listing additional charges is attached and incorporated.

SEPTEMBER 5, 2018          MICHELLE M. TROUT
.......... DATE ISSUED       [✓] CLERK   [ ] JUDGE   [ ] MAGISTRATE

by _Tracey J. Smith_
DEPUTY CLERK

[x] CCRE Report Needed (if checked)
Return date (Circuit Court Use Only) .... OCTOBER 15, 2018 at 9:30 AM

EXECUTED by arresting the accused named above on this day: .... 9-6-2018   1450
DATE AND TIME

If the accused is arrested for an offense for which a DNA sample is required upon arrest by Virginia Code § 19.2-310.2:1, such sample shall be taken prior to the accused's release from custody. No DNA sample shall be taken if a DNA sample has been previously taken.

[ ] DNA sample taken   [ ] DNA sample on file and no new sample required

_S.H.P. Hopkins_      _RCSO 081_
ARRESTING OFFICER        BADGE NO. AGENCY AND JURISDICTION

for _C.S. Blalock_      _9-16-2018_
SHERIFF                        DATE

FORM CC-1301 MASTER 07/11

(Certification stamp: copy taken from the records of this court. I hereby certify the foregoing is a true copy taken from the records of this Court. This __ day of _____ 20__. Michelle M. Trout, Clerk, Circuit Court of Rockbridge County, Virginia by _____ Clerk/Deputy Clerk)