**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **TRAVIS WAYNE TOLLEY,** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 7:19-cv-00863** |
| | ) | |
| **ALAN W. BUZZARD, BEN CALDWELL,** | ) | |
| **and GREG GARDNER,** | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S CORRECTED MOTION TO FILE FOURTH AMENDED COMPLAINT**

COMES NOW the Plaintiff, Travis Wayne Tolley, by counsel, and moves this Court to grant him leave to file the attached Fourth Amended Complaint.

Respectfully submitted,

**TRAVIS WAYNE TOLLEY**
**By Counsel**

By: **/s/ M. Paul Valois**
     **M. Paul Valois (VSB No. 72326)**
     **Counsel for Plaintiff**
     **JAMES RIVER LEGAL ASSOCIATES**
     **7601 Timberlake Road**
     **Lynchburg, Virginia 24502**
     **Telephone: (434) 845-4529**
     **Facsimile: (434) 845-8536**
     **[Email: mvalois@vbclegal.com]**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8[h] day of February, 2021, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

*/s/  M. Paul Valois*